UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CAUSE NO. 1:19-cr-00086-JPH-MKK |
| | ) |
| JUDE SAYLES, | )                -01 |
| Defendant. | ) |

**REPORT AND RECOMMENDATION**

On June 13, 2024, the Court held a hearing on the Petition for Warrant or Summons for Offender under Supervised Release filed on June 5, 2024, and order granting on June 6, 2024. [Filing Nos. 65, 67.] Defendant, Jude Sayles appeared in person with his appointed counsel, Joe Cleary. The government appeared by Pam Domash/Kelly Rota, Assistant United States Attorney. U. S. Parole and Probation appeared by Officer Megan Stevens/Travis Buehrer.

The Court conducted the following procedures in accordance with Fed. R. Crim. P. 32.1(a)(1) and 18 U.S.C. § 3583:

1. The Court advised Defendant of his rights and provided him with a copy of the petition. Defendant orally waived his right to a preliminary hearing.

2. After being placed under oath, Defendant admitted violation numbers 1, 2, 3, 4, and 5. [Filing Nos. 65, 67.] Government orally moved to withdraw the remaining violation number 6, which motion was granted by the Court.

3. The allegations to which Defendant admitted, as fully set forth in the petition, is/are:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **"You shall reside at a location approved by the probation officer and shall notify the probation officer at least 72 hours prior to any planned change in place or circumstances of residence or employment (including, but not limited to, changes in who lives there, job positions, job responsibilities). When prior notification is not possible, you shall notify the probation officer within 72 hours of the change."** <br><br> On May 9, 2024, Mr. Sayles left the Progress House sober living facility in Indianapolis, Indiana, and failed to notify the probation officer of the change of address within the required 72 hour window by waiting until May 17, 2024. |
| 2 | **"You shall participate in a substance abuse or alcohol treatment program approved by the probation officer and abide by the rules and regulations of that program. The probation officer shall supervise your participation in the program (provider, location, modality, duration, intensity, etc.). The court authorizes the release of the presentence report and available evaluations to the treatment provider, as approved by the probation officer."** <br><br> On May 9, 2024, Mr. Sayles failed to complete the requirements of his drug treatment program when he was removed from the Progress House sober living facility. |
| 3 | **"You shall not use or possess any controlled substances prohibited by applicable state or federal law, unless authorized to do so by a valid prescription from a licensed medical practitioner. You shall follow the prescription instructions regarding frequency and dosage."** <br><br> On October 12, 2023, Mr. Sayles submitted a urine sample that tested positive for marijuana and diluted. On October 17, and 23, 2023, Mr Sayles submitted urine samples that tested positive for amphetamine, marijuana and cocaine. On May 31, 2024, Mr. Sayles submitted a urine sample that tested positive for fentanyl, amphetamine, marijuana and cocaine. He admitted to using each substance at the time of all four collections. |
| 4 | **"You shall maintain lawful full time employment, unless excused by the probation officer for schooling, vocational training, or other reasons that prevent lawful employment."** <br><br> Mr. Sayles has remained unemployed since his release from custody on October 6, 2023. |

      5       **"If this judgment imposes a fine or restitution, it is a condition of supervised release that the defendant pay in accordance with the Schedule of Payments sheet of this judgment."**

                 Mr. Sayles has failed to remit a payment to his special assessment or fine since his release from prison on October 6, 2023. The total balance owed is currently $525.00.

4. The parties stipulated that:

     (a)     The highest grade of violation is a Grade B violation.

     (b)     Defendant's criminal history category is VI .

     (c)     The range of imprisonment applicable upon revocation of supervised release, therefore, is 21 to 24 months' imprisonment.

5. The government argued for a sentence of 21 months' imprisonment with 12 months of supervised release to follow. Defendant's counsel argued for 90 days' imprisonment with supervision to follow. Defendant requested placement at a Bureau of Prison that has a RDAT program.

The Magistrate Judge, having considered the factors in 18 U.S.C. § 3553(a), and as more fully set forth on the record, finds that the Defendant violated the conditions in the petition, that his supervised release should be revoked, and that he should be sentenced to the custody of the Attorney General or his designee for a period of 12 months' and one day imprisonment with 12 months of supervised release to follow. The Magistrate Judge recommends placement at the Bureau of Prisons that contains a Residential Drug Abuse Program (RDAP). In addition to the mandatory conditions of supervision, the following conditions of supervised release will be imposed:

1. You shall report to the probation office in the judicial district to which you are released within 72 hours of release from the custody of the Bureau of Prisons.

2. You shall report to the probation officer in a manner and frequency directed by the court or probation officer.

3. You shall permit a probation officer to visit you at a reasonable time at home, or another place where the officer may legitimately enter by right or consent, and shall permit confiscation of any contraband observed in plain view of the probation officer.

4. You shall not knowingly leave the judicial district without the permission of the court or probation officer.

5. You shall answer truthfully the inquiries by the probation officer, subject to your 5th Amendment privilege.

6. You shall not meet, communicate, or otherwise interact with a person you know to be engaged, or planning to be engaged, in criminal activity. You shall report any contact with persons you know to be convicted felons to your probation officer within 72 hours of the contact.

7. You shall reside at a location approved by the probation officer and shall notify the probation officer at least 72 hours prior to any planned change in place or circumstances of residence or employment (including, but not limited to, changes in who lives there, job positions, job responsibilities). When prior notification is not possible, you shall notify the probation officer within 72 hours of the change.

8. You shall not own, possess, or have access to a firearm, ammunition, destructive device or dangerous weapon.

9. You shall notify the probation officer within 72 hours of being arrested, charged, or questioned by a law enforcement officer.

10. You shall maintain lawful full time employment, unless excused by the probation officer for schooling, vocational training, or other reasons that prevent lawful employment.

11. You shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court.

12. You shall make a good faith effort to follow instructions of the probation officer necessary to ensure compliance with the conditions of supervision.

    JUSTIFICATION: Conditions 1-12 are administrative.

13. You shall participate in a substance abuse or alcohol treatment program approved by the probation officer and abide by the rules and regulations of that program. The probation officer shall supervise your participation in the program (provider, location, modality, duration, intensity, etc.). The court authorizes the release of the presentence report and available evaluations to the treatment provider, as approved by the probation officer.

14. You shall not use or possess any controlled substances prohibited by applicable state or federal law, unless authorized to do so by a valid prescription from a licensed medical practitioner. You shall follow the prescription instructions regarding frequency and dosage.

15. You shall submit to substance abuse testing to determine if you have used a prohibited substance or to determine compliance with substance abuse treatment. Testing may include no more than 8 drug tests per month. You shall not attempt to obstruct or tamper with the testing methods.

16. You shall not knowingly purchase, possess, distribute, administer, or otherwise use any psychoactive substances (e. g., synthetic marijuana, bath salts, Spice, glue, etc.) that impair a person's physical or mental functioning, whether or not intended for human consumption.

    JUSTIFICATION: Conditions 13 - 16 are needed to monitor Mr. Sayles' recovery due to a significant history of substance abuse.

17. You shall participate in a mental health treatment program, as approved by the probation officer, and abide by the rules and regulations of that program. The probation officer, in consultation with the treatment provider, shall supervise participation in the program (provider, location, modality, duration, intensity, etc.). You shall take all mental health medications that are prescribed by your treating physician. The court authorizes the release of the presentence report and available evaluations to the treatment provider, as approved by the probation officer.

    JUSTIFICATION: Mr. Sayles has an extensive history of mental health concerns that will need to be monitored and treated while under supervision.

18. You shall submit to the search by the probation officer of your person, vehicle, office/business, residence, and property, including any computer systems and hardware or software systems, electronic devices, telephones, and Internet-enabled devices, including the data contained in any such items, whenever the probation officer has a reasonable suspicion that a violation of a condition of supervision or other unlawful conduct may have occurred or be underway involving you and that the area(s) to be searched may contain evidence of such violation or conduct. Other law enforcement may assist as necessary. You shall submit to the seizure of contraband found by the probation officer. You shall warn other occupants these locations may be subject to searches.

    JUSTIFICATION: Mr. Sayles has an extensive history of drug use and firearms possession.

19. You shall pay the costs associated with the following imposed conditions of supervised release, to the extent you are financially able to pay: mental health treatment. The probation officer shall determine your ability to pay and any schedule of payment.

JUSTIFICATION: Co payments imposed on treatment services will help encourage Mr. Sayles' personal investment in the process(es).

Defendant is to be taken into custody immediately pending the District Judge's action on this Report and Recommendation.

The parties are hereby notified that the District Judge may reconsider any matter assigned to a Magistrate Judge.

Date: 6/14/2024

Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system